GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHAMPAGNE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:21-cv-02174-GMN-EJY<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 31, 2021 through and including **February 1, 2022**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

. . .

. . .

. . .

. . .

. . .

1 Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause
2 delay.
3           Respectfully submitted, this ___TH day of December, 2021.

5 CLARK HILL PLLC                                              <u>*No opposition*</u>

6 By: /s/Gia N. Marina                                          /s/David H. Krieger
  GIA N. MARINA                                                David H. Krieger, Esq.
7 Nevada Bar No. 15276                                         Nevada Bar No. 9086
  3800 Howard Hughes Drive, Suite 500                          Shawn Miller, Esq.
8 Las Vegas, Nevada  89169                                     Nevada Bar No. 7825
  E-mail: gmarina@clarkhill.com                                KRIEGER LAW GROUP, LLC
9 Telephone:  (702) 862-8300                                   2850 W. Horizon Ridge Blvd., Suite 200
  Facsimile:  (702) 862-8400                                   Henderson, NV 89052
10                                                             Phone: (702) 848-3855
11 *Attorney for Defendant Equifax Information                  Fax: (702) 385-5518
   Services LLC*                                               Email: dkrieger@kriegerlawgroup.com
12                                                             Email: smiller@kriegerlawgroup.com

14                                                             *Attorneys for Plaintiff*

17 IT IS SO ORDERED:

19 _____
   United States Magistrate Judge
20
21 DATED:  December 16, 2021